UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  22-mj-04100-AOR

**UNITED STATES OF AMERICA**

vs.

**DANILO CURBELO,**
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___Yes _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _Christine Hernandez_
Christine Hernandez
Assistant United States Attorney
Florida Bar. 15349
11200 NW 20th Street
Miami, Florida 33172
Tel: (305) 715-7641
Christine.Hernandez@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   22-mj-04100-AOR |
| Danilo Curbelo, | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 9, 2022   in the county of   Miami-Dade   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21, United States Code, Section 846. | Conspiracy to Possess with Intent to Distribute a Controlled Substance. |
| Title 21, United States Code Section 841(a)(1) | Attempted Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrea Randou, HSI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date:   12/10/11

*Judge's signature*

City and state:   Miami, Florida     Hon. Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrea Randou, having been first duly sworn, do hereby depose and state as follows:

1. I am employed as a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been so employed since December 2018. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, and 21 of the United States Code. I am currently assigned to an investigative group responsible for conducting investigations of financial crimes, to include money laundering and narcotic violations. As such, I have participated in and conducted numerous criminal investigations, and have obtained and executed multiple search warrants. I am also working with Special Agents who have conducted multiple complex narcotic investigations and executed multiple search warrants. From these experiences, I have become familiar with investigations concerning the possession, manufacturing, distribution, and importation of controlled substance, as well as methods used to finance drug transactions and launder drug proceeds.

2. This affidavit is submitted in support of a complaint for the arrest of Danilo CURBELO for knowingly and willfully conspiring with other known and unknown persons to attempt to possess with intent to distribute, or distribute, a controlled substance, that is, a mixture and substance containing five kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(l) and 841(b)(l)(C), all in violation of 21 U.S.C. § 846.

3. The facts listed in this affidavit are known personally to me or have been provided to me by other law enforcement officers participating in the investigation. The affidavit is provided solely for the purpose of establishing probable cause to arrest CURBELO.

Accordingly, this affidavit does not contain all of the facts known to me and other law enforcement concerning this investigation.

4. On December 7, 2022, law enforcement seized 90 kilograms of cocaine from a shipping container that a multi-kilogram cocaine trafficker had sent to the Port of Miami from the Dominican Republic. The narcotics field tested positive for cocaine. The location of the container at the Port of Miami and the narcotics was information given to a confidential informant "CI" and undercover agent "UC" by Francisco FLORENTINO VALDEZ, CURBELO's co-conspirator.

5. On December 9, 2022, based on recorded conversations, undercover agent meetings, and cell site tracking data, as well as the investigation to date, law enforcement set up surveillance in Miami-Dade County. Law enforcement observed CURBELO arrive at FLORENTINO's hotel, the Hilton Garden Inn located at 1695 NW 111th Ave, Sweetwater, Florida. Subsequently, law enforcement observed CURBELO meet with FLORENTINO VALDEZ and hand FLORENTINO VALDEZ a black and white bag through the driver side window of CURBELO's vehicle. Shortly after, CURBELO departed the Hilton Garden Inn and was observed traveling to a Best Buy business located at 10760 NW 17th Street, in Miami, Florida. Upon his arrival at the Best Buy business, CURBELO parked his vehicle. CURBELO did not exit his vehicle to enter the store but stayed in the vehicle the whole time.

6. Simultaneously, FLORENTINO VALDEZ departed the Hilton Garden Inn and traveled to a predetermined meet location to meet with the UC and CI to show payment for the 90 kilograms of cocaine. The UC and CI confirmed the payment for the narcotics transaction. Shortly thereafter, FLORENTINO VALDEZ followed the UC to an undisclosed undercover facility. At the location, FLORENTINO VALDEZ provided the UC approximately $96,000.00

dollars of US currency for the 90 kilograms of "sham" cocaine. The $96,000 was given to the UC in the same bag that law enforcement observed CURBELO hand FLORENTINO a mere 30 minutes before. FLORENTINO VALDEZ told the UC that he headed to the Best Buy after he received the narcotics. In previous recorded conversations with the UC, FLORENTINO had indicated that once he would receive the narcotics, he would then have to deliver the narcotics to distributors in Miami, Florida. Subsequently, the UC placed the 90 kilograms of "sham" cocaine into FLORENTINO VALDEZ's vehicle and FLORENTINO VALDEZ departed the location.

7.     FLORENTINO VALDEZ was surveilled traveling to the Best Buy located at 10760 NW 17 Street, Miami, Florida. Once again, law enforcement observed FLORENTINO VALDEZ meet with CURBELO in the parking lot. At this meeting, FLORENTINO VALDEZ and CURBELO exchanged vehicles. CURBELO entered the vehicle containing the 90 kilograms of "sham" cocaine and attempted to drive away. FLORENTINO VALDEZ entered the vehicle CURBELO had been driving and also attempted to drive away. CURBELO was subsequently stopped and placed under arrest. Toll records from FLORENTINO VALDEZ's phone confirm that CURBELO and FLORENTINO VALDEZ had been in contact with each other on December 9, 2022, leading up to the narcotics transaction. In a post-Miranda statement CURBELO told law enforcement that he had just met FLORENTINO VALDEZ on December 9, 2022 and was only asked by FLORENTINO VALDEZ to drive him around to different locations in Miami Dade County.

[INTENTIONALLY LEFT BLANK]

8. Based on these facts, there is probable cause to believe that, on December 9, 2022, in Miami Dade County, in the Southern District of Florida, and elsewhere, CURBELO did knowingly and willfully conspire with other known and unknown persons to possess with intent to distribute, or distribute, a controlled substance, that is, a mixture and substance containing five kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(l) and 841(b)(l)(C), all in violation of 21 U.S.C. § 846.

_____
Andrea Randou, Special Agent
Department of Homeland Security

Sworn to and subscribed before me this 10th day of December 2022, in Miami, Florida.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-04100-AOR

### BOND RECOMMENDATION

DEFENDANT: DANILO CURBELO

Pretrial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Christine Hernandez*
AUSA: Christine Hernandez

Last Known Address: 1750 W 60th Street Apt. 2
Hialeah, Florida

What Facility: FDC MIAMI
33 NE 4th Street, Miami, FL

Agent(s): ANDREA RANDOU, HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)